IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00374-MJW

JACQUELINE WADE, *individually and as next friend of G.W.*,

Plaintiffs,

v.

BOULDER VALLEY SCHOOL DISTRICT,
BRUCE MESSINGER,
DEIDRE PILCH,
MELISSA BARBER,
RON YAUCHZEE,
SCOTT SPARKS,
JERRY ANDERSON,
JEFFERSON COUNTY SCHOOL DISTRICT R-1,
POLLY ORTIZ LUTZ,
BECKY DANCER, and
DAVID KOLAR,

Defendants.

## ORDER SETTING STATUS CONFERENCE AND
## SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

**Entered by Magistrate Judge Michael J. Watanabe**

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to D.C.COLO.LCivR 40.1(c).

**IT IS HEREBY ORDERED that on or before April 5, 2016, the parties shall complete and file the Consent/Non-Consent Form (see Docket No. 3). Please note that this date is earlier than the default deadline in D.C.COLO.LCivR 40.1(c)(4).**

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> April 5, 2016, at 9:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>

**IT IS FURTHER ORDERED** that Plaintiffs shall notify Defendants of the date and time of the status conference.

**IT IS FURTHER ORDERED** that Plaintiffs shall FORTHWITH serve <u>each Defendant</u> pursuant to Federal Rule of Civil Procedure 4.

**IT IS FURTHER ORDERED** that at the Status Conference Plaintiffs shall:

1.  Provide written proof of service of process on **ALL** defendants or show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2.  Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3.  Become familiar with the following Rules:  (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence.  These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 17th day of February, 2016.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge