IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00374-PAB-MJW

**G.W.**, a minor, by and through his parent and next friend, **JACQUELINE W**.

Plaintiff,

v.

**BOULDER VALLEY SCHOOL DISTRICT, et al,**

Defendants.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on March 22, 2017 the Supreme Court of the United States issued their opinion in the case of *Endrew F. v. Douglas County Sch. Dist. RE-1*, 2017 U.S. LEXIS 2025.

Respectfully submitted on March 27, 2017,

**SPIES, POWERS & ROBINSON, P.C.**

*/s/ Jack D. Robinson*

Jack D. Robinson, #22037
950 South Cherry Street, Suite 700
Denver, Colorado 80246
Telephone: (303) 830-7090
Facsimile: (303) 830-7089
*Attorneys for Defendant G.W. by his mother and legal guardian, Jacqueline W.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kathleen Sullivan, Esq.
Legal Services Program, CASB
1200 Grant Street
Denver, CO 80203
*ksullivan@casb.org*
**Attorney for Boulder Valley School District**

W. Stuart Stuller, Esq.
Alyssa Burghardt
CAPLAN AND EARNEST LLC
1800 Broadway, Suite 200
Boulder, CO 80302-5289
Phone: (303) 443-8010
Fax: (303) 440-3967
*sstuller@celaw.com*
*aburghardt@celaw.com*
**Attorneys for Jefferson County School District**

***Duly signed copy on file in the offices of Spies, Powers & Robinson, P.C.***

*/s/ Ursula Honigman*